UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY COLLIER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No. CV 24-11153-CBM(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge, Plaintiff's Objections to the Report and Recommendation, and Defendant's Response to Plaintiff's Objections, and rules as follows:

　　　　1.　　Plaintiff's objection that the Magistrate Judge erred in concluding Plaintiff's sentence does not violate the Equal Protection Clause of the Fourteenth Amendment is **OVERRULED**.

　　　　Having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court hereby concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted; (2) Respondent's Motion to dismiss is granted; (3) the Petition is denied and

dismissed without prejudice to the extent the Petition challenges the 1992 state court criminal judgment; and (4) the Petition is otherwise denied and dismissed with prejudice.

      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on Petitioner and Respondent's counsel of record.

Dated: May 13, 2025

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE