JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY COLLIER, | No. CV 24-11153-CBM(E) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) the Petition is denied and dismissed without prejudice to the extent the Petition challenges the 1992 state court criminal judgment; and (2) the Petition is otherwise denied and dismissed with prejudice.

Dated:  May 13, 2025

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE